UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24379-RKA

JESUS GONZALEZ

     Plaintiff,

v.

THE FRESH MARKET INC, d/b/a
Fresh Market, The Falls, and THE FALLS
SHOPPING CENTER ASSOCIATES LLC

     Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action, with prejudice against, Defendant, THE FALLS SHOPPING CENTER ASSOCIATES LLC, and respectfully requests this Court to terminate the action.

Respectfully submitted on January 25, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Gonzalez v. The Fresh Market**
**Case No. 23-cv-24379-RKA**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 25, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: <u>*/s/ J. Courtney Cunningham*</u>
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*